IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| DANIEL KAMETANI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:17-cv-00398-(GBL/MSN) |
| | ) |
| JOHN DOE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER and FINAL JUDGMENT**

Upon consideration of the Report and Recommendation entered on May 23, 2017 by United States Magistrate Judge Michael S. Nachmanoff (Dkt. 15), who was designated to conduct a hearing in this matter, no objection having been filed within fourteen days, and upon independent review of the record,

**IT IS HEREBY ORDERED** that the Court adopts, as its own, the findings of fact and accepts the recommendation of United States Magistrate Judge Nachmanoff;

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment (Dkt. 11) is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk enter judgment, under the Anticybersquatting Consumer Protection Act ("ACPA"), 15 U.S.C. § 1125(d), in favor of Plaintiff Daniel Kametani and against Defendant John Doe and Defendant Domain names <jye.com>, <fsq.com>, <qgg.com>, <qju.com>, <vzv.com>, and <qqp.com>;

**IT IS FURTHER ORDERED** that the Registry of Record, being Verisign or some other Registry, shall promptly change the registrar for the domain names <jye.com>, <fsq.com>, <qgg.com>, <qju.com>, <vzv.com>, and <qqp.com> as directed by Plaintiff's Counsel;

IT IS FURTHER ORDERED that the registrar of <jye.com>, <fsq.com>, <qgg.com>, <qju.com>, <vzv.com>, and <qqp.com> shall place the referenced domain names in the account as directed by Plaintiff's Counsel;

IT IS FURTHER ORDERED that the remainder of Plaintiff Daniel Kametani's claims are **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

ENTERED this ___ day of July, 2017.

Alexandria, Virginia
7 / / 2017

/s/
Gerald Bruce Lee
United States District Judge